No. 96–7526. HOLT v. CHATER, COMMISSIONER OF SOCIAL SECURITY. C. A. 8th Cir. Certiorari denied.

No. 96–7554. PALOMO v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 96–7565. WILLIAMS ET UX. v. UNITED STATES ET AL. C. A. 8th Cir. Certiorari denied.

No. 96–7625. RODGERS v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 96–7842. WOOLLEY v. UNITED STATES ET AL. C. A. 3d Cir. Certiorari denied.

No. 96–7890. AZUBUKO v. LIBERTY MUTUAL INSURANCE GROUP ET AL. C. A. 1st Cir. Certiorari denied.

No. 96–7892. AZUBUKO v. BOARD OF DIRECTORS, BRITISH AIRWAYS. C. A. 1st Cir. Certiorari denied.

No. 96–7896. CARLSON v. KRISTI MICANDER, P. C., ET AL. C. A. 5th Cir. Certiorari denied.

No. 96–7898. BINGMAN v. WARD ET AL. C. A. 9th Cir. Certiorari denied.

No. 96–7905. TYLER v. ULRICH, CHIEF JUDGE, COURT OF APPEALS OF MISSOURI, WESTERN DISTRICT, ET AL. Sup. Ct. Mo. Certiorari denied.

No. 96–7906. HUSSEIN v. PIERRE HOTEL. C. A. 2d Cir. Certiorari denied.

No. 96–7909. FARMER v. MCDANIEL, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 96–7914. ROY v. LOUISIANA. Sup. Ct. La. Certiorari denied.

No. 96–7918. NEWMAN v. ASSOCIATED PRESS, INC. C. A. 2d Cir. Certiorari denied.

No. 96–7922. MARTIN v. IDAHO. Ct. App. Idaho. Certiorari denied.